IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| **MICHAEL HARRIS, CHRISTOPHER VAUGHT, LUCRESIA CAMPBELL, CALEB NABORS, KATELYN BUTLER, BRITTANY KUBBA, AND DENNIS GOODINE**, *individually and on behalf of all other similarly situated*,<br><br>    Plaintiffs<br><br>    v.<br><br>**LEE UNIVERSITY**,<br><br>    Defendant. | Case 1:25-CV-107<br><br>Judge Curtis L. Collier |

### JOINT NOTICE OF SETTLEMENT AND REQUEST TO STAY

Plaintiffs Michael Harris, Christopher Vaight, Lucresia Campbell, Caleb Nabors, Katelyn Butler, Brittant Kubba, and Dennis Goodine ("Plaintiffs") and Defendant Lee University ("Defendant") hereby notify the Court that they have reached agreement on the material terms of a class settlement in this matter. To allow the Parties sufficient time to finalize the settlement agreement and prepare the notices to the class and the motion for preliminary approval, the Parties respectfully request that the Court stay all case deadlines for 45 days. Pursuant to this proposal, within 30 days, Plaintiffs will either move for preliminary approval or the Parties will submit a joint status report on settlement.

WHEREFORE, the Parties respectfully request that the Court stay all deadlines for 45 days, at which time Plaintiffs will either move for preliminary approval of the class settlement or the Parties will file a joint status report as to the status of their efforts and anticipated filing date for the motion for preliminary approval.

Dated: November 14, 2025         Respectfully Submitted,

                                 */s/Andrew J. Shamis*

Andrew J. Shamis
**S**HAMIS **& G**ENTILE**, P.A.**
14 NE 1st Avenue, Suite 705
Miami, FL 33132
Tel: (305) 479-2299
ashamis@shamisgentile.com

J. Gerard Stranch, IV (BRP 23045)
Grayson Wells (BRP 039658)
**S**TRANCH**, J**ENNINGS **& G**ARVEY**, PLLC**
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Tel: (615) 254-8801
gstranch@stranchlaw.com
gwells@stranchlaw.com

*Interim Class Counsel*

/s/*Jennifer Lee*
Jennifer Lee (Admitted *Pro Hac Vice*)
Laguna Hills Carlota Plaza
23046 Avenida de la Carlota, Suite 600
Laguna Hills, California 92653
Telephone: 949-743-3924
jlee@constangy.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 14, 2025, the foregoing was filed electronically using the Court's CM/ECF system, which will provide notice to all counsel of record.

/s/*Andrew J. Shamis*
Andrew J. Shamis