**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**

| | |
|---|---|
| MICHAEL HARRIS, CHRISTOPHER VAUGHT, CALEB NABORS, KATELYN BUTLER, BRITTANY KUBBA, AND DENNIS GOODINE, *individually and on behalf of all other similarly situated*,<br><br>Plaintiffs<br><br>v.<br><br>LEE UNIVERSITY,<br><br>Defendant. | Case No. 1:25-cv-107<br><br>Class Action<br><br>Judge Curtis L. Collier |

**PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiffs,[1] individually, and on behalf of others similarly situated, pursuant to Federal Rule of Civil Procedure 23(a), (b)(3), & (e), respectfully move for an order (1) conditionally certifying the proposed Settlement Class for the purpose of Settlement; (2) preliminarily approving the Settlement as within range of final approval; (3) appointing Andrew J. Shamis of Shamis & Gentile, P.A. and J. Gerard Stranch, IV of Stranch, Jennings & Garvey, PLLC as Class Counsel for Settlement purposes; (4) conditionally appointing Plaintiffs as Class Representatives; (5) approving the forms and substance of the Notices, Notice Program, Claim Form, and Claim Process; (6) approving the procedures for Settlement Class Members to opt-out of or object to the Settlement; (7) appointing Kroll as the Settlement Administrator and ordering it to implement the Notice Program; (8) staying the Action pending Final Approval of the Settlement; and (9) scheduling a Final Approval Hearing for a time and date mutually convenient for the Court, the

[1] All capitalized terms herein shall have the same meanings as those defined in Section II of the Settlement Agreement, attached as ***Exhibit A*** hereto ("SA").

Parties, Class Counsel, and Defendant's Counsel.

In support, Plaintiffs rely on the contemporaneously filed memorandum of points and authorities and Joint Declaration of Class Counsel; in addition to the proposed classwide Settlement Agreement, attached hereto as Exhibit A.

Dated: February 9, 2026

Respectfully submitted,

*<u>/s/ J. Gerard Stranch, IV</u>*

J. Gerard Stranch, IV (TN BPR 23045)
Grayson Wells (TN BPR 039658)
**STRANCH, JENNINGS & GARVEY, PLLC**
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Tel: (615) 254-8801
gstranch@stranchlaw.com
gwells@stranchlaw.com

Andrew J. Shamis
**SHAMIS & GENTILE, P.A.**
14 NE 1st Ave, Suite 705
Miami, FL 33132
Tel: (305) 479-2299
ashamis@shamisgentile.com

***Interim Class Counsel***

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of February, 2026, the foregoing document was filed with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record.

*/s/ J. Gerard Stranch, IV*
J. Gerard Stranch, IV (TN BPR 23045)