**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**

| | |
|---|---|
| MICHAEL HARRIS, CHRISTOPHER VAUGHT, CALEB NABORS, KATELYN BUTLER, BRITTANY KUBBA, AND DENNIS GOODINE, *individually and on behalf of all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>LEE UNIVERSITY,<br><br>Defendant. | Case No. 1:25-cv-107<br><br>Class Action<br><br>Judge Curtis L. Collier |

**PLAINTIFFS' UNOPPOSED**
**<u>MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT</u>**

Pursuant to Rule 23 of the Federal Rules of Civil Procedure, Plaintiffs, individually and on behalf of all others similarly situated ("Class Members" or collectively the "Settlement Class") respectfully submit this motion for final approval of the Class Settlement Agreement and for an award of their reasonable attorneys' fees and expenses and Service Awards. Defendant has reviewed this motion and does not oppose the relief requested herein. Specifically, Plaintiffs move on an unopposed basis for an Order: (1) affirming its conditional class certification, for the purposes of the Settlement Agreement only; (2) granting final approval to the proposed class action Settlement as fair, reasonable, and adequate, the terms of which are set forth in the Settlement Agreement; (3) affirming the Court's appointment of Class Counsel and Class Representatives; (4) awarding Class Counsel's fee request of $583,333.33, inclusive of Class Counsel's reasonable expenses of $4,311.79; (5) awarding Plaintiffs their Service Awards; (6) finding the Notice Program as implemented satisfies Fed. R. Civ. P. 23(c)(2)(B) and due process; and (7) entering final judgment.

In support, Plaintiffs include the contemporaneously filed memorandum of points and authorities; the Joint Declaration of J. Gerard Stranch, IV and Leanna Loginov; as well as the Declaration of Lindsey Marquez of Kroll Settlement Administration LLC.

Dated: July 20, 2026

Respectfully Submitted,

*/s/ J. Gerard Stranch, IV*
J. Gerard Stranch, IV (TN BPR 23045)
Grayson Wells (TN BPR 039658)
**STRANCH, JENNINGS & GARVEY, PLLC**
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Tel: (615) 254-8801
gstranch@stranchlaw.com
gwells@stranchlaw.com

Leanna Loginov
**SHAMIS & GENTILE, P.A.**
14 NE 1st Ave, Suite 705
Miami, FL 33132
Tel: (305) 479-2299
lloginov@shamisgentile.com

***Class Counsel***

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of July, 2026, the foregoing document was filed with the Clerk of the Court using the Court's CM/ECF system, which will then send notice to all counsel of record.

*/s/ J. Gerard Stranch, IV*
J. Gerard Stranch, IV (TN BPR 23045)